David M. Cook (7043)
Attorney for the Debtor
716 East 4500 South, Ste. N 240
Salt Lake City, UT 84107
Phone: (801) 264-0699
E-mail:  cook@utlawyer.net

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:  Amy Anderton, Debtor. | Bankruptcy No.  18-25189<br>Chapter 13<br>Hon.  R. Kimball Mosier |
|---|---|

**Debtor's Objection to Proof of Claim No. 22**

Debtor, by and through attorney David Cook, hereby objects to and moves this court for an Order disallowing, reclassifying, or reducing the following claim:

| Claim No. | Claimant | Basis for Disallowance, Reclassification, or Reduction. |
|---|---|---|
| 22 | U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust - aka Nationstar Mortgage | Debtor hereby objects to the amount of arrears claimed in POC No. 22.  Debtor believes that Claimant has not accounted several if not all of the mortgage payments listed on the attached bank statement.  Wherefore, Debtor seeks an order declaring that only $2,527.41 is the amount of the arrears as consistent with the original plan.  Debtor also demands a full accounting of the mortgage since the date of inception. |

WHEREFORE, Debtor requests that the above-referenced claim be accordingly disallowed, reduced or reclassified, or that such other relief be granted as is fair and equitable.

Dated: October 19, 2018.

                                            /s/   David M. Cook
                                          Attorney for the Debtor

Wells Fargo                                                                                              Page 1 of 2

Skip to main content

**EVERYDAY CHECKING**
...5420

**-$103.24**
Available balance

### Activity Summary

| | |
|---|---|
| **Current posted balance** | -$103.24 |
| **Pending withdrawals/debits** | $0.00 |
| **Pending deposits/credits** | $0.00 |
| **Available balance** | -$103.24 |

Monthly Service Fee Summary | Debit Card Activity

## Activity

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|
| **Pending Transactions** | | | |
| No pending transactions meet your search criteria. Please try again. | | | |
| **Posted Transactions** | | | |
| 05/18/18 | BILL PAY NATIONSTAR MORTG ON-LINE xxxxx41041 ON 05-18 | | $665.00 |
| 03/30/18 | BILL PAY NATIONSTAR MORTG ON-LINE xxxxx41041 ON 03-30 | | $665.00 |
| 12/22/17 | BILL PAY NATIONSTAR MORTG ON-LINE xxxxx41041 ON 12-22 | | $665.00 |
| 11/13/17 | BILL PAY NATIONSTAR MORTG ON-LINE xxxxx41041 ON 11-13 | | $665.00 |
| 10/02/17 | BILL PAY NATIONSTAR MORTG ON-LINE xxxxx41041 ON 10-02 | | $665.00 |
| 09/12/17 | BILL PAY NATIONSTAR MORTG ON-LINE xxxxx41041 ON 09-12 | | $663.00 |
| 08/04/17 | BILL PAY NATIONSTAR MORTG ON-LINE xxxxx41041 ON 08-04 | | $665.00 |
| 07/13/17 | | | $665.00 |
| **Totals** | | $0.00 | $5,988.00 |

https://connect.secure.wellsfargo.com/accounts/start?SAMLart=AAQBueoEQCR14WDgS...   10/8/2018

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|
|  | BILL PAY NATIONSTAR MORTG ON-LINE xxxxx41041 ON 07-13 |  |  |
| 04/19/17 | BILL PAY NATIONSTAR MORTG ON-LINE xxxxx41041 ON 04-19 |  | $670.00 |
| **Totals** |  | **$0.00** | **$5,988.00** |

Back to top

First
Previous
Next

# *Account Disclosures

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

🏠 Equal Housing Lender