**This order is SIGNED.**

 

**Dated: November 28, 2018**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

David M. Cook (7043)
Attorney for the Debtor
716 East 4500 South, Ste. N 240
Salt Lake City, UT 84107
Phone: (801) 264-0699
E-mail: cook@utlawyer.net

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:      Amy Anderton, | Bankruptcy No.  18-25189 |
| Debtor. | Chapter 13<br>Hon.  R. Kimball Mosier |

**Order Granting Debtor's Objection to Proof of Claim Number 22**

A hearing on Debtor's objection to the above referenced proof of claim had been scheduled for December 5, 2018, at 11:00 a.m., but instead has come before the Court unopposed.  Proper notice of the hearing was given to the claimant.  The claimant was further notified that objections, if any, to the relief sought by Debtors must be mailed "early enough so that the Court will receive it on or before November 26, 2018" and "In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Objection without hearing."  No objection or other response to the relief sought by Debtor was filed.  The Court, being fully advised, having reviewed the Motion for Entry of Order and with good cause appearing, hereby ORDERS that the arrears listed in proof of claim No. 22  filed

by U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust - aka

Nationstar Mortgage is reduced to $2,527.41.

[END OF DOCUMENT]

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **Order Granting Debtor's Objection to Proof of Claim Number 22** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

| | | |
|---|---|---|
| Lon A. Jenkins | U.S. Trustee | David M. Cook |
| Chapter 13 Trustee | Via ECF | Via ECF |
| Via ECF | | |

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

| | |
|---|---|
| Amy Anderton<br>1312 West 300 South<br>Salt Lake City, UT  84104 | Michelle R. Ghidotti-Gonsalves<br>LAW OFFICES OF MICHELLE GHIDOTTI<br>Authorized Agent for Creditor<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705 |
| U.S. Bank Trust N.A., as Trustee<br>c/o BSI Financial Services<br>1425 Greenway Drive, Suite 400<br>Irving, TX 75038 | U.S. Bank Trust N.A, as Trustee<br>c/o BSI Financial Services<br>314 South Franklin Street, 2nd Floor<br>Titusville, PA 16354 |
| US Bank Trust N.A.,<br>as Trustee of the Bungalow Series III Trust<br>7114 East Stetson Drive, Suite 250<br>Scottsdale, AZ 85251 | Nationstar Mortgage, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 619096<br>Dallas, TX 75261-9741 |
| Nationstar Mortgage, LLC<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | Nationstar Mortgage LLC<br>350 Highland Drive<br>Lewisville, TX 75067 |

/s/     David M. Cook